UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

NOV 17 2025 PM 12:11
FILED-USDC-

Carlton Earl Little, Plaintiff,

v.

Civil Action No.: 4-25CV1295-O

Trans Union, LLC,
Defendant.

# COMPLAINT FOR DAMAGES UNDER THE FAIR CREDIT REPORTING ACT

## I. INTRODUCTION

1. This action arises from TransUnion's willful and negligent violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681 et seq., for failing to block identity theft information, reinserting fraudulent information without notice, failing to conduct reasonable reinvestigations, and failing to provide required furnisher information.

## II. JURISDICTION AND VENUE

2. Jurisdiction exists under 28 U.S.C. § 1331 because this case arises under federal law (FCRA).

3. Venue is proper under 28 U.S.C. § 1391 because Plaintiff resides in this District, and a substantial part of the events giving rise to this claim occurred here.

## III. PARTIES

4. Plaintiff Carlton Earl Little is a consumer residing in Tarrant County, Texas.

5. Defendant Trans Union, LLC is a consumer reporting agency conducting business nationwide, including in Texas.

## IV. FACTUAL ALLEGATIONS

6. Plaintiff is a victim of identity theft and submitted FTC and police reports to TransUnion regarding:
   - Fraudulent CCB/Academy Sports account
   - Two Kovo accounts
   - Multiple unauthorized inquiries

7. TransUnion was required to block any fraudulent information within four business days under 15 U.S.C. § 1681c-2(a) but failed to do so.

Dispute history (all correspondence and responses attached as Exhibit A):

8. Dispute #1 (06/01/2025): Submitted via CFPB and FTC; response 07/17/2025 refused to block. No four-day block. Verified with furnisher.

9. Dispute #2 (07/07/2025): Submitted via CFPB and FTC; response 09/03/2025 refused to block. No four-day block.

10. Dispute #3 (08/15/2025): Submitted via CFPB, FTC, and police report; response 10/10/2025 temporarily blocked CCB/Academy, then unlawfully reinserted with no notice, no furnisher info, and no method of verification (MOV).

11. Dispute #4 (09/10/2025): Submitted via CFPB; block applied then reinserted 09/19/2025 before formal response 11/02/2025; no notice, no furnisher info, no MOV.

12. Dispute #5 (09/17/2025): Submitted via CFPB; response 10/28/2025 refused to block within four days.

13. Dispute #6 (09/22/2025): Submitted via CFPB; response 10/28/2025 claimed documents insufficient but investigation underway. No four-day block.

14. Dispute #7 (10/30/2025): Executive email escalation for Academy and two 2024 inquiries; 10/31/2025 response by phone stated deletion only if furnisher failed to respond by 11/27/2025, confirmed via email. Fraudulent accounts and inquiries remain.

## V. ADDITIONAL CLAIM – INCONSISTENT FCRA APPLICATION

15. The FCRA applies universally to all consumer reporting agencies ("CRAs") and imposes identical duties under 15 U.S.C. §§ 1681c-2(a)–(c) and 1681i(a)(5)(B).

16. Other CRAs properly blocked the same fraudulent account and did not reinsert it. TransUnion, in contrast, refused to block and later reinserted the account, showing willful and negligent noncompliance.

17. If furnisher documentation was identical across CRAs, TransUnion had no lawful justification to deny the theft claim. This demonstrates reckless disregard for Plaintiff's federally protected rights.

## VI. DAMAGES

18. As a direct result of TransUnion's violations:

- Plaintiff was denied a $20,000 auto loan (NetCredit, citing fraudulent accounts on credit report).
- Plaintiff was denied credit from SoFi and Discover for the same reason.
- Plaintiff lost a $100,000 contract and a $50,000 contract due to inaccurate credit reporting delaying funding.
- Plaintiff experienced funding delays, emotional distress, lost time, and credit score harm.

19. Copies of all correspondence, lender denials, and contract loss documentation are attached as Exhibits.

## VII. CLAIMS FOR RELIEF

20. Plaintiff asserts violations of:

- 15 U.S.C. § 1681c-2 (blocking requirements)
- 15 U.S.C. § 1681i (reasonable reinvestigation)
- 15 U.S.C. § 1681i(a)(5)(B) (furnisher information)
- 15 U.S.C. § 1681g(a)(2) (disclosure rights)
- 15 U.S.C. §§ 1681n, 1681o (civil liability, willful and negligent violations)

## VIII. PRAYER FOR RELIEF

Plaintiff requests that the Court:
- Award actual damages: $175,000
- Award statutory damages: $6,000
- Award punitive damages: $25,000
- Award emotional distress damages: $20,000
- Award costs and any further relief deemed just by the Court

## IX. JURY DEMAND

21. Plaintiff demands trial by jury.

Respectfully submitted,

Carlton Earl Little
Pro Se
Mrcelittle@gmail.com
682-265-7766
1608 Grassy View Dr
Fort Worth, TX 76177
Tarrant County, Texas

JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
CARLTON LITTLE

**DEFENDANTS**
TRANSUNION, LLC

(b) County of Residence of First Listed Plaintiff: **TARRANT**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **COOK**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

RECEIVED NOV 17 2025 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS - PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**TORTS - PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty
Other:
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- [X] 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. §1681c-2

Brief description of cause:
Plaintiff alleges Transunion willfully and negligently failed to block fraudulent information despite receipt of a police report and ftc theft report

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 226,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**