IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CARLTON EARL LITTLE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-1295-O-BP |
| § | |
| **TRANS UNION, LLC,** § | |
| § | |
| Defendant. § | |

### ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Carlton Earl Little, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") in this new civil action, which was referred to the undersigned for judicial screening pursuant to 28 U.S.C. § 636(b) and Special Order 3. After reviewing the pleadings and applicable legal authorities, the Court **ORDERS** the following:

1. Plaintiff's application to proceed IFP is **GRANTED**. ECF No. 4. Plaintiff may proceed in this action without paying the $405.00 filing and administrative fees. However, the Court **CAUTIONS** Plaintiff that it may revoke his IFP status at any time if it determines that he has the financial resources to pay the $405 filing and administrative fees for this action or that he made false statements regarding his ability to do so in his pleadings. *See Bass v. Parkwood Hosp.*, 180 F.3d 234, 239 (5th Cir. 1999). Additionally, the Court may also impose appropriate sanctions against Plaintiff if it determines that he made any misrepresentations to the Court. *See* Fed. R. Civ. P. 11(a)–(c).

2. Service of process shall be withheld pending judicial screening under 28 U.S.C. § 1915(e)(2).

3. No amendments or supplements to the complaint shall be filed without prior Court approval or order. A complete amended complaint shall be attached to any motion to amend.

4. All discovery in this case is stayed until Defendant is ordered to answer by the Court.

5. At any time during this proceeding, Defendant may file a motion opposing Plaintiff's continued IFP status if such motion is filed in good faith.

6. Plaintiff shall notify the Court of any change of address by filing a written notice with the clerk of Court. Failure to file such notice may result in this case being dismissed for want of prosecution. *See* Fed. R. Civ. P. 41(b).

It is so **ORDERED** on November 18, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE